UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher C. Morrissey

     v.                                          Civil No. 12-cv-335-SM

Grafton County Department of Corrections, Superintendent

## ORDER GRANTING MOTION TO PROCEED
### *IN FORMA PAUPERIS*

The plaintiff, an inmate at New Hampshire State Prison for Men ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Institution. The certificate evidences that over the last six months, the plaintiff's average deposits have been $27.92 and the plaintiff's average monthly balance has been $5.25. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

       The motion to proceed *in forma pauperis* is GRANTED; however, pursuant to 28 U.S.C. § 1915(b)(1), an initial filing fee is assessed in the amount of $5.58. In addition, monthly payments of 20% of each preceding month's income credited to the plaintiff's account shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2).

       The initial partial filing fee, and monthly payments thereafter as outlined above, shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this

Order, along with a copy of the signed Prisoner Consent Form (doc. no. 2), shall be forwarded by the Court to the Institutions inmate account department.

  SO ORDERED.

              _____
              Landya B. McCafferty
              United States Magistrate Judge

Dated: August 31, 2012

cc: Christopher C. Morrissey, pro se
   NH State Prison Inmate Accounts